**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**SHEILA GORDON,**

        **Plaintiff,**

-vs-                                                         **Case No.  6:04-cv-1152-Orl-KRS**

**COMMISSIONER OF SOCIAL SECURITY,**

        **Defendant.**

_____

**SUPPLEMENTAL BRIEFING ORDER**

This cause came on for consideration by the Court *sua sponte*.  Plaintiff Sheila Gordon filed a Complaint seeking review of the final decision of the Commissioner of Social Security terminating her social security disability benefits.  Doc. No. 1.  In a termination of benefits case, comparison of original medical evidence and new medical evidence is necessary to make a finding of improvement. *See Williams v. Apfel*, 73 F. Supp. 2d 1325, 1337 (M.D. Fla. 1999).  "The point of comparison is the most recent favorable medical decision, that is, the latest final decision involving consideration of the medical evidence and the issue of whether claimant was disabled or continued to be disabled."  *Id*.

In the instant case, the Commissioner has not provided citations to the place in the record at which the medical evidence supporting the original conclusion that Gordon was disabled can be found. Both the ALJ and the disability hearing officer apparently relied on such medical evidence in determining that Gordon's condition had medically improved.  TR. 18-19.  Thus, it is essential that the Court be provided with citations to this evidence so that a meaningful review of the Commissioner's decision can take place.  *Cf.* 20 C.F.R.§ 404.1594(c)(3)(v) ("If relevant parts of the

prior record are not reconstructed either because it is determined not to attempt reconstruction or because such efforts fail, medical improvement cannot be found.").

Accordingly, it is **ORDERED** that, on or before March 3, 2006, the Commissioner shall provide the Court with citations to the medical evidence upon which she relied in making the original determination that Gordon was disabled.

**DONE** and **ORDERED** in Orlando, Florida this 27th day of February, 2006.

*Karla R. Spaulding*
KARLA R. SPAULDING
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties